## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-20021-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**JESSE MYCHAEL MOLINA SEVILLA**,

      Defendant.

_____/

### <u>ORDER</u>

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on April 23, 2024 [ECF No. 18].   To date, no party has filed an objection.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 18]** is **AFFIRMED AND ADOPTED**, and Defendant, Jesse Mychael Molina Sevilla's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 29th day of April, 2024.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lissette M. Reid